```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**JOSE OSCAR NINO,**

    **Plaintiff,**

**v.**                              //         **CIVIL ACTION NO. 1:07CV56**
                                                                       **(Judge Keeley)**

**BUREAU OF PRISONS, MARTINEZ,**
**Warden, BOYLES, HSA, MR. AZUMA,**
**MLCP, and MR. VASQUEZ, M.S.,**

    **Defendants.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 23, 2007, plaintiff, Jose Oscar Nino, filed this civil rights action seeking a preliminary injunction directing the defendants to transfer him to a Federal Medical Center for proper treatment of his infection. On January 2, 2008, Magistrate Judge John S. Kaull filed a report and recommendation ("R&R") recommending that 1) the plaintiff's claims against the unknown doctors at USP-Pollack, Mr. Smith, the unknown HSA at USP-Pollack, and the unknown doctors and other medical assistants at the medical center in Alexander, Louisiana be **DISMISSED** for lack of personal jurisdiction; and 2) that the United States Marshal Service be directed to serve a copy of the complaint, a completed summons, and a completed Marshal 285 Form on defendants Bureau of Prisons, Martinez, Boyles, Azuma and Vasquez.

The R&R informed the parties that failure to submit objections within ten days of receipt of the R&R would result in the waiver of

appellate rights on this issue. No objections were filed.[1] The Court notes, however, that on January 14, 2008, Nino informed the Court, by letter, that he had received that R&R, but, because he was in transit following surgery at that time, he would contact the Court once he was returned to USP-Hazelton. The Court has received no further communications from Nino.

The Court, therefore, **ADOPTS** Magistrate Judge Kaull's R&R (dkt. no. 18) in its entirety and **ORDERS** that:

1) The plaintiff's claims against the unknown doctors at USP-Pollack, Mr. Smith, the unknown HSA at USP-Pollack, and the unknown doctors and other medical assistants at the medical center in Alexander, Louisiana be **DISMISSED** for lack of personal jurisdiction; and

2) The United States Marshal be directed to serve a copy of the complaint, a completed summons, and a completed Marshal 285 Form on defendants, Bureau of Prisons, Martinez, Boyles, Azuma and Vazuez.

---

[1] The failure of the parties to object to the Report and Recommendation waives their appellate rights in this matter and relieves the Court of any obligation to conduct a de novo review of the issue presented. See Thomas v. Arn, 474 U.S. 140, 148-153 (1985); Wells v. Shriners Hosp., 109 F.3d 198, 199-200 (4th Cir. 1997).

**NINO V. BUREAU OF PRISONS, ET AL.**                                  1:07CV56

<u>**ORDER ADOPTING REPORT AND RECOMMENDATION**</u>

    The Clerk is directed to mail a copy of this Order to the <u>pro se</u> plaintiff, certified mail, return receipt requested, and to transmit copies to counsel of record.

Dated: May 8, 2008

                                        <u>/s/ Irene M. Keeley</u>
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE